Mark TROMPETER, Relator,

v.

BOISE CASCADE CORPORATION, Self–Insured/Sedgwick Claims Management Services, Inc., Respondent.

No. A11–1047.

Supreme Court of Minnesota.

Oct. 26, 2011.

Lyndon F. Larsen, International Falls, MN, for relator.

Edward Q. Cassidy, Lori–Ann C. Jones, Fredrikson & Byron, P.A., Minneapolis, MN, for respondent.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 18, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

MEYER, J., took no part in the consideration or decision of this case.

BY THE COURT:

/s/Lorie S. Gildea
Chief Justice